**LOCAL BANKRUPTCY FORM NO. 5**
**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE

|  |  |  |
|---|---|---|
| Kathleen Macari | ) | Bankruptcy No. 10-20551 JKF |
| *Debtor* | ) | Chapter 13 |
| Kathleen Macari | ) |  |
| *Movant* | ) | Document No. |

**AMENDMENT COVER SHEET**

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

   _X_   Voluntary Petition. *Specify reason for amendment.*
The debtor did not know she had to include a debt from her mother's estate since the debtor is the sole executor of the estate. The debt was not paid thru the estate.

   \_\_\_\_\_   Official Form 6 Schedules (Itemization of Changes Must be Specified)
   \_\_\_\_\_   Summary of Schedules
   \_\_\_\_\_   Schedule A – Real Property
   \_\_\_\_\_   Schedule B - Personal Property
   \_\_\_\_   Schedule C – Property Claimed as Exempt
   \_\_\_\_\_   Schedule D – Creditors holding Secured Claims
        Check one:
        \_\_\_\_\_ Creditor(s) added
        \_\_\_\_\_ NO creditor(s) added
        \_\_\_\_\_ Creditor(s) deleted
   \_\_\_\_\_   Schedule E – Creditors Holding Unsecured Priority Claims
        Check one:
        \_\_\_\_\_ Creditor(s) added
        \_\_\_\_\_ NO creditor(s) added
        \_\_\_\_\_ Creditor(s) deleted
   __X__   Schedule F – Creditors Holding Unsecured Nonpriority Claims
        Check one:
        _X_ Creditor(s) added creditor(s) **First Mutual Bank has been added as a creditor to Schedule F. Attached is Amended Schedule F.**
        \_\_\_\_ NO creditors added
        \_\_\_\_ Creditor(s) deleted
   \_\_\_\_\_   Schedule G – Executory Contracts and Unexpired Leases
        Check one:
        \_\_\_\_\_ Creditor(s) added
        \_\_\_\_\_ NO creditor(s) added

\_\_\_\_\_ Creditor(s) deleted
\_\_\_\_ Schedule H – Codebtors
\_\_\_\_ Schedule I -  Current Income of Individual Debtor(s)
\_\_\_\_ Schedule J-   Current Expenditures of Individual Debtor(s)
\_\_\_\_\_ Statement of Financial Affairs
\_\_\_\_\_ Chapter 7 Individual Debtor's Statement of Intention
\_\_\_\_\_ Chapter 11 List of Equity Security Holders
\_\_\_\_\_ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
\_\_\_\_\_ Disclosure of Compensation of Attorney for Debtor
\_\_\_\_\_ Other: Form B22A

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**
Pursuant to Fed.R.Bankr.P. 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case and to entities affected by the amendment as follows:

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15222

Ronda J. Winnecour
Suite 3250, US Steel Tower
600 Grant Street
Pittsburgh, PA  15219

First Mutual Bank
C/o Asset Management
PO Box 1647
Bellevue, WA  98007

Date September 12, 2011

/s/ Kenneth M. Steinberg
Kenneth M. Steinberg
Attorney for the Debtor
STEIDL & STEINBERG
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
PA I.D. No. 31244

B6F (Official Form 6F) (12/07)

In re **Kathleen Macari**, Case No. **10-20551**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Capital One**<br>**c/o Apothaker & Associates PC**<br>**520 Fellowship Road, C306**<br>**Mount Laurel, NJ 08054** | | - | **Attorney's office representing Capital One** | | | | 0.00 |
| Account No. **xxxx xxxx xxxx 7872**<br>**Capital One**<br>**PO Box 708844**<br>**Charlotte, NC 28272** | | - | **unknown**<br>**Charge used for clothing, food, car maintenance and gasoline** | | | | 5,000.00 |
| Account No. **xxxxxx1851**<br>**Chase**<br>**PO Box 15548**<br>**Wilmington, DE 19886** | | - | **1980-2008**<br>**Charge used for car maintenance and gasoline** | | | | 900.00 |
| Account No. **xxxx xxxx xxxx 7000**<br>**Citi Corp**<br>**c/o Balogh And Becker LTD**<br>**4150 Olsen Memorial Highway Suite 200**<br>**Minneapolis, MN 55422** | | - | **unknown**<br>**Contingent debt from deceased mother's estate** | | | | 2,468.00 |

__2__ continuation sheets attached

Subtotal (Total of this page)  **8,368.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Kathleen Macari**, Case No. **10-20551**
　　　　　　　　　　　Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx xxxx xxxx 8636**<br><br>**Citi/Home Depot**<br>**PO Box 689020**<br>**Des Moines, IA 50368** | | - | **2005-2007**<br>**Charge used for home repair items** | | | | 0.00 |
| Account No. **xx1090**<br><br>**First Mutual Bank**<br>**c/o Asset Management**<br>**PO Box 1647**<br>**Bellevue, WA 98007** | | - | **2005**<br>**Personal loan by debtor's mother who is now deceased. This loan should have been paid from decesased mother's estate.** | | | | 19,900.00 |
| Account No. **xx-xxx06-05**<br><br>**First National Bank**<br>**PO Box 1647**<br>**Bellevue, WA 98009** | | - | **2005**<br>**Home repairs** | | | | 2,005.00 |
| Account No. **xxx6581**<br><br>**HSBC Card Services**<br>**c/o Weltman Weinberg & Reis**<br>**323 Lakeside Avenue**<br>**Cleveland, OH 44113** | | - | **unknown-2005**<br>**Charge used for food, clothing and gasoline** | | | | 1,649.00 |
| Account No. **xxxx xxxx xxx1 827**<br><br>**National City**<br>**One National City Parkway**<br>**Kalamazoo, MI 49009** | | - | **last used 2005**<br>**Contingent debt from deceased mother's estate** | | | | 4,766.00 |

Sheet no. **1** of **2** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 28,320.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Kathleen Macari**, Case No. **10-20551**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7796** <br><br> **Sallie Mae** <br> **P.O. Box 9500** <br> **Wilkes Barre, PA 18773** | | - | **2007** <br> **Parent plus loan** | | | | **8,742.00** |
| Account No. **xxxxxxxxxxxx0378** <br><br> **Sam's Club** <br> **c/o TSYS Debt Management** <br> **PO Box 6700** <br> **Norcross, GA 30091** | | - | **2005** <br> **Charge used for food and household items** | | | | **1,405.28** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **2** of **2** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **10,147.28**

Total (Report on Summary of Schedules) **46,835.28**